1 | KEVIN V. RYAN, CSBN 118321
United States Attorney
2 | JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
3 | Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
4 | Assistant United States Attorney

5 | 450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
6 | Telephone: (415) 436-7124
FAX: (415) 436-7169

7 | Attorneys for Defendants

8

9 | UNITED STATES DISTRICT COURT

10 | NORTHERN DISTRICT OF CALIFORNIA

11 | SAN FRANCISCO DIVISION

12

13 | IRINA GRIGOROVA and RAISA TALROZE,   )
                                      )
           Plaintiffs,                )   No. C 05-3746 CW
14                                    )
           v.                         )
15                                    )
Department of Homeland Security, MICHAEL   )   **STIPULATION TO DISMISS; AND**
16 | CHERTOFF, Secretary; Federal Bureau of )   **ORDER**
Investigation, ROBERT MUELLER, Director; US)
17 | Attorney General, ALBERTO R. GONZALES;  )
United States Citizenship and Immigration  )
18 | Services, ROBERT DIVINE, Acting Director; )
United States Citizenship and Immigration  )
19 | Services, ALFONSO AGUILAR, Chief of    )
Citizenship; United States Citizenship and )
20 | Immigration Services, DAVID STILL, District )
Director,                             )
21                                    )
           Defendants.                )
22 | _____)

23 |   Plaintiffs, by and through their attorneys of record, and Defendants, by and through their

24 | attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action

25 | in light of the adjudication of Plaintiffs' naturalization applications.

26 |   Each of the parties shall bear their own costs and fees.

27 | ///

28

Stip. to Dismiss
C 05-3746 CW

| | | |
|---|---|---|
| 1 | Date: November 9, 2005 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |

_____/s/_____
ILA C. DEISS
Assistant United States Attorney
Attorneys for Defendants

Date: November 9, 2005

_____/s/_____
MARINA SEREBRYANAYA
Attorney for Plaintiffs

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date:   11/14/05

_____
CLAUDIA WILKEN
United States District Judge

Stip. to Dismiss
C 05-3746 CW